JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Deandre Wells, | ) | Case No.: CV11-8870 DSF (FFMx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| County of Los Angeles, et al. | ) | |
| Defendants. | ) | |

The Court having set a pretrial conference on April 9, 2013 and plaintiff having failed to submit the required pretrial documents and having failed to appear for the pretrial conference, the Court dismisses this action without prejudice due to lack of prosecution,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: 4/10/13

Dale S. Fischer
United States District Judge